















MNA    5/12/03    9:20

3:03-CV-00932    ONE VOICE V. VOICEBOX

*1*

*CMP.*

1   PILLSBURY WINTHROP LLP
    DANIEL C. MINTEER #062158
2   JAMES Y.C. SZE #203274
    11682 EL CAMINO REAL, SUITE 200
3   SAN DIEGO, CA 92130-2092
    TELEPHONE: (619) 234-5000
4   FACSIMILE: (858) 509-4010

5   Attorneys for Plaintiff
    ONE VOICE TECHNOLOGIES, INC.

6

FILED

03 MAY -9 AM 11: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  ONE VOICE TECHNOLOGIES, INC., a      )   Case No. '03 CV 0932 W - RBB
    Nevada Corporation,                   )
12                                        )
            Plaintiff,                     )   COMPLAINT FOR PATENT
13                                        )   INFRINGEMENT
         vs.                              )
14                                        )
    VOICEBOX, TECHNOLOGIES INC., a        )
15  Washington Corporation,               )
                                          )   DEMAND FOR JURY TRIAL
16          Defendant.                     )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )

20

21

22

23

24

25

26

27

28

70038628v1                                        COMPLAINT FOR PATENT INFRINGEMENT

1    Plaintiff One Voice Technologies, Inc. complains of Defendant VoiceBox Technologies,

2    Inc. as follows:

3                                    **THE PARTIES**

4        1.      One Voice Technologies, Inc. ("One Voice") is a company formed under the

5    laws of the State of Nevada, with its principal place of business at 6333, Greenwich Drive,

6    Suite 240, San Diego, California.

7        2.      Plaintiff is informed and believes that Defendant VoiceBox Technologies,

8    Inc. ("VoiceBox") is a Washington corporation having a place of business within the State

9    of California.  Plaintiff is informed and believes that VoiceBox is conducting business in

10   the State of California and this Judicial District.

11                           **JURISDICTION AND VENUE**

12       3.      This Complaint arises under the Patent Laws of the United States, 35 U.S.C.

13   § 101, *et seq.*  Jurisdiction is, therefore, proper pursuant to 28 U.S.C. §§ 1331 and 1338(a).

14   Defendant is engaged in making, using, selling and/or offering for sale in the United States

15   and in this Judicial District products that infringe U.S. Patent No. 6,158,073.  Venue in this

16   Court is proper under 28 U.S.C. §§ 1391(b)-(d) and 1400(b).

17                              **THE PATENT IN SUIT**

18       4.      On December 24, 2002, the United States Patent and Trademark Office

19   ("PTO") issued U.S. Patent No. 6,499,013 (the "'013 patent") for an invention entitled

20   "Interactive User Interface Using Speech Recognition and Natural Language Processing."

21   A copy is attached as Exhibit A.

22                               **CLAIM FOR RELIEF**

23                               **Patent Infringement**

24       5.      The '013 patent is directed to a method, system, computer-readable medium,

25   and natural language to interact with a computer using natural language processing.

26       6.      Plaintiff One Voice is the current owner of all right, title and interest in and

27   to the '013 patent.

28

                          2          COMPLAINT FOR PATENT INFRINGEMENT

1   7.    Defendant VoiceBox has infringed and is currently infringing the '013

2   patent by its unauthorized making, using, offering to sell, selling, and/or importing of

3   products such as the VoiceBox Information Retrieval Software product, in this Judicial

4   District and elsewhere, that infringe one or more claims of the '013 patent, and/or inducing

5   or contributing to such infringement by others, in violation of 35 U.S.C. § 271.

6   8.    As a direct and proximate result of the infringing activities of the

7   Defendant, Plaintiff has been, is being, and, unless the Court enjoins such activities, will

8   continue to be, damaged. Consequently, Plaintiff is entitled to compensation for its

9   damages from Defendant pursuant to 35 U.S.C. § 284 in an amount that cannot be presently

10  quantified, but will be ascertained at trial.  Plaintiff is also entitled to an order permanently

11  enjoining Defendant from its continued infringement of the '013 patent.

12  9.    The infringement by the Defendant has been, is currently, and, unless the

13  Court enjoins such infringement, will continue to be, deliberate and willful.

14                        **PRAYER FOR RELIEF**

15  *Wherefore* Plaintiff prays for relief and judgment from this Court:

16  1.    Declaring that Defendant has directly infringed, contributorily infringed

17        and/or induced the infringement of, one or more claims of the '013 patent;

18  2.    Declaring that Defendant willfully infringed one or more claims of the '013

19        patent;

20  3.    Awarding Plaintiff its damages, together with interest and costs, pursuant to

21        35 U.S.C. 284, and because of the willfulness of the infringement, increasing

22        the award of damages up to three times pursuant to 35 U.S.C. § 284;

23  4.    Declaring this to be an exceptional case within the meaning of 35 U.S.C. §

24        285, and awarding reasonable attorney fees to Plaintiff in accordance with

25        such statute;

26  5.    Permanently enjoining Defendant, and its respective officers, agents,

27        servants, employees, affiliates, and attorneys, and all other persons acting in

28

                              3        COMPLAINT FOR PATENT INFRINGEMENT

70038628v1

1            concert or participation with it who receive notice of the order, from

2            committing further acts of infringement;

3     6.      Awarding Plaintiff its costs of suit; and

4     7.      Awarding Plaintiff such other and further relief as the Court deems just and

5            proper.

6   Dated: May 8, 2003.

7                           PILLSBURY WINTHROP LLP
                             DANIEL C. MINTEER

8                           JAMES Y.C. SZE
                             11682 El Camino Real, Suite 200

9                           San Diego, Ca 92130-2092

10

11                By                                      
                          James Y.C. Sze

12                           Attorney for Plaintiff
                          ONE VOICE TECHNOLOGIES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

70038628v1

1

## DEMAND FOR JURY TRIAL

2      Pursuant to Fed.R.Civ.P. 38(b) and Local Rule 38-1, Plaintiff One Voice

3  Technologies, Inc. hereby demands a trial by jury on all issues so triable in this action.

4  Dated: May 8, 2003.

5                                      PILLSBURY WINTHROP LLP
                                       DANIEL C. MINTEER
6                                      JAMES Y.C. SZE
                                       11682 El Camino Real, Suite 200
7                                      San Diego, Ca 92130-2092

8                                      By _____

9                                          James Y.C. Sze
                                           Attorney for Plaintiff
10                                         ONE VOICE TECHNOLOGIES, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

70038628v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>E X H I B I T S</u>

<u>T A B L E   O F   C O N T E N T S</u>

<u>Pages</u>

Exhibit A

    U.S. Patent Number 6,499,013 dated 12/24/2002       7 - 20

COMPLAINT FOR PATENT INFRINGEMENT

70038628v1

**EXHIBIT A**

US006499013B1

(12) **United States Patent**
    Weber

(10) Patent No.:   **US 6,499,013 B1**
(45) Date of Patent:   **Dec. 24, 2002**

(54) **INTERACTIVE USER INTERFACE USING SPEECH RECOGNITION AND NATURAL LANGUAGE PROCESSING**

(75) Inventor: **Dean Weber**, San Diego, CA (US)

(73) Assignee: **One Voice Technologies, Inc.**, San Diego, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/150,459**

(22) Filed: **Sep. 9, 1998**

(51) Int. Cl.$^7$ .......................... G10L 15/18; G06F 17/27
(52) U.S. Cl. ........................ 704/257; 704/251; 704/270; 704/270.1; 704/9; 704/7
(58) Field of Search .............................. 704/9, 7, 251, 704/257, 270, 270.1, 275, 231

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,783,803 A | 11/1988 | Baker et al. | 381/42 |
| 4,887,212 A | 12/1989 | Zamora et al. | 364/419 |
| 5,127,055 A * | 6/1992 | Larkey | 704/231 |
| 5,222,187 A * | 6/1993 | Doddington et al. | 704/231 |
| 5,293,584 A * | 3/1994 | Brown et al. | 704/277 |
| 5,424,947 A * | 6/1995 | Nagao et al. | 704/9 |
| 5,577,165 A * | 11/1996 | Takebayashi et al. | 704/275 |
| 5,699,456 A * | 12/1997 | Brown et al. | 704/255 |
| 5,748,974 A * | 5/1998 | Johnson | 704/9 |
| 5,758,322 A * | 5/1998 | Rongley | 704/275 |
| 5,797,123 A * | 8/1998 | Chou et al. | 704/256 |
| 5,960,384 A * | 9/1999 | Brash | 704/9 |
| 6,058,166 A * | 5/2000 | Osder et al. | 379/88.22 |
| 6,138,087 A * | 10/2000 | Budzinski | 704/1 |
| 6,138,098 A * | 10/2000 | Shieber et al. | 704/257 |
| 6,138,100 A * | 10/2000 | Dutton et al. | 704/275 |
| 6,154,722 A * | 11/2000 | Bellegarda | 704/257 |
| 6,178,404 B1 * | 1/2001 | Hambleton et al. | 704/275 |

* cited by examiner

*Primary Examiner*—Vijay Chawan
(74) *Attorney, Agent, or Firm*—James Y. Sze; Pillsbury Winthrop LLP

(57) **ABSTRACT**

A system and method to interact with a computer using utterances, speech processing and natural language processing. The system comprises a speech processor to search a first grammar file for a matching phrase for the utterance, and to search a second grammar file for the matching phrase if the matching phrase is not found in the first grammar file. The system also includes a natural language processor to search a database for a matching entry for the matching phrase; and an application interface to perform an action associated with the matching entry if the matching entry is found in the database. The system utilizes context-specific grammars, thereby enhancing speech recognition and natural language processing efficiency. Additionally, the system adaptively and interactively "learns" words and phrases, and their associated meanings.

**57 Claims, 6 Drawing Sheets**





**FIG. 1**



**FIG. 2**

EXHIBIT A
PAGE 8



**FIG. 3A**



**FIG. 3B**

EXHIBIT A
PAGE 10



**FIG. 3C**

**FIG. 3D**

EXHIBIT A
PAGE 11

218

| PHRASE 400 | REQUIRED WORDS 402 | CONTEXT/ SUBCONTEXT 404 | ACTION 1 408 | ACTION2 410 |
|---|---|---|---|---|
| What movies are playing at $time (412A) | 3 | movies | ACCESS MOVIE WEB SITE | N/A |
| What is the price of IBM stock on $date (412B) | 4 | stocks | ACCESS STOCK PRICE WEB SITE | N/A |
| See IBM stock at $dollars (412C) | 4 | stocks | ACCESS STOCK TRADE WEB SITE | N/A |
| What is the weather in $location (412D) | 3 | weather | ACCESS WEATHER WEB SITE | N/A |
| What time is it (412E) | 2 | time | N/A | TEXT-TO SPEECH OF TIME |
| Show me the news (412N) | 2 | news | ACCESS NEWS WEB SITE | DISPLAY IMAGES |

FIG. 4

EXHIBIT A
PAGE 12

US 6,499,013 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# INTERACTIVE USER INTERFACE USING SPEECH RECOGNITION AND NATURAL LANGUAGE PROCESSING

## BACKGROUND

### I. Field of the Invention

The aspects of the present invention relate to speech interactive computer user interface. More specifically, the embodiments of the present invention relate to a novel method and system for user interface interaction with a computer using speech recognition and natural language processing.

### II. Description of the Related Art

As computers have become more prevalent in society it has become clear that many people have great difficulty understanding and communicating with computers. A user must often learn many archaic commands and non-intuitive procedures in order to operate the computer. For example, most personal computers use windows-based operating systems which are largely menu-driven. This requires that the user learn what menu commands or sequence of commands produce the desired results.

Furthermore, traditional interaction with a computer is often slowed by manual input devices such as keyboards or mice. Many computer users are not fast typists. As a result, much time is spent communicating commands and words to the computer through these manual input devices. It is becoming clear that an easier, faster and more intuitive method of communicating with computers is needed.

One proposed method of computer interaction is speech recognition. Speech recognition involves software and hardware that act together to audibly detect human speech and translate the detected speech into a string of words. As is known in the art, speech recognition works by breaking down sounds the hardware detects into smaller non-divisible sounds called phonemes. Phonemes are distinct units of sound. For example, the word "those" is made up of three phonemes; the first is the "th" sound, the second is the "o" sound, and the third is the "s" sound. The speech recognition software attempts to match the detected phonemes with known words from a stored dictionary. An example of a speech recognition system is given in U.S. Pat. No. 4,783, 803, entitled "SPEECH RECOGNITION APPARATUS AND METHOD", issued Nov. 8, 1998, assigned to Dragon Systems, Inc. Presently, there are many commercially available speech recognition software packages available from such companies as Dragon Systems, Inc. and International Business Machines, Inc.

One limitation of these speech recognition software packages or systems is that they typically only perform command and control or dictation functions. Thus, the user is still required to learn a vocabulary of commands in order to operate the computer.

A proposed enhancement to these speech recognition systems is to process the detected words using a natural language processing system. Natural language processing generally involves determining a conceptual "meaning" (e.g., what meaning the speaker intended to convey) of the detected words by analyzing their grammatical relationship and relative context. For example, U.S. Pat. No. 4,887,212, entitled "PARSER FOR NATURAL LANGUAGE TEXT", issued Dec. 12, 1989, assigned to International Business Machines Corporation teaches a method of parsing an input stream of words by using word isolation, morphological analysis, dictionary look-up and grammar analysis.

Natural language processing used in concert with speech recognition provides a powerful tool for operating a computer using spoken words rather than manual input such as a keyboard or mouse. However, one drawback of a conventional natural language processing system is that it may fail to determine the correct "meaning" of the words detected by the speech recognition system. In such a case, the user is typically required to recompose or restate the phrase, with the hope that the natural language processing system will determine the correct "meaning" on subsequent attempts. Clearly, this may lead to substantial delays as the user is required to restate the entire sentence or command.

Another drawback of conventional systems is that the processing time required for the speech recognition can be prohibitively long. This is primarily due to the finite speed of the processing resources as compared with the large amount of information to be processed. For example, in many conventional speech recognition programs, the time required to recognize the utterance is long due to the size of the dictionary file being searched.

An additional drawback of conventional speech recognition and natural language processing systems is that they are not interactive. As a result, a conversational-style interaction with the computer is not possible. The user is required to communicate complete concepts to the computer. The user is not able to speak in sentence fragments because the meaning of these sentence fragments (which is dependent on the meaning of previous utterances) will be lost.

What is needed is an interactive user interface for a computer which utilizes speech recognition and natural language processing which avoids the drawbacks mentioned above.

## SUMMARY

The embodiments of the present invention include a novel and improved system and method for interacting with a computer using utterances, speech processing and natural language processing. Generally, the system comprises a speech processor for searching a first grammar file for a matching phrase for the utterance, and for searching a second grammar file for the matching phrase if the matching phrase is not found in the first grammar file. The system also includes a natural language processor for searching a database for a matching entry for the matching phrase; and an application interface for performing an action associated with the matching entry if the matching entry is found in the database.

In one embodiment, the natural language processor updates at least one of the database, the first grammar file and the second grammar file with the matching phrase if the matching entry is not found in the database.

The first grammar file is a context-specific grammar file. A context-specific grammar file is one which contains words and phrases that are highly relevant to a specific subject. The second grammar file is a general grammar file. A general grammar file is one which contains words and phrases which do not need to be interpreted in light of a context. That is to say, the words and phrases in the general grammar file do not belong to any parent context. By searching the context-specific grammar file before searching the general grammar file, the present invention allows the user to communicate with the computer using a more conversational style, wherein the words spoken, if found in the context specific grammar file, are interpreted in light of the subject matter most recently discussed.

In a further aspect, the speech processor searches a dictation grammar for the matching phrase if the matching

EXHIBIT A
PAGE 13

US 6,499,013 B1

3

phrase is not found in the general grammar file. The dictation grammar is a large vocabulary of general words and phrases. By searching the context-specific and general grammars first, it is expected that the speech recognition time will be greatly reduced due to the context-specific and general grammars being physically smaller files than the dictation grammar.

In another aspect, the natural language processor replaces at least one word in the matching phrase prior to searching the database. This may be accomplished by a variable replacer in the natural language processor for substituting a wildcard for the at least one word in the matching phrase. By substituting wildcards for certain words (called "word-variables") in the phrase, the number of entries in the database can be significantly reduced. Additionally, a pronoun substituter in the natural language processor may substitute a proper name for pronouns the matching phrase, allowing user-specific facts to be stored in the database.

In another aspect, a string formatter text formats the matching phrase prior to searching the database. Also, a word weighter weights individual words in the matching phrase according to a relative significance of the individual words prior to searching the database. These acts allow for faster, more accurate searching of the database.

A search engine in the natural language processor generates a confidence value for the matching entry. The natural language processor compares the confidence value with a threshold value. A boolean tester determines whether a required number of words from the matching phrase are present in the matching entry. This boolean testing serves as a verification of the results returned by the search engine.

In order to clear up ambiguities, the natural language processor prompts the user whether the matching entry is a correct interpretation of the utterance if the required number of words from the matching phrase are not present in the matching entry. The natural language processor also prompts the user for additional information if the matching entry is not a correct interpretation of the utterance. At least one of the database, the first grammar file and the second grammar file are updated with the additional information. In this way, the present invention adaptively "learns" the meaning of additional utterances, thereby enhancing the efficiency of the user interface.

Lastly, the speech processor will enable and search a context-specific grammar associated with the matching entry for a subsequent matching phrase for a subsequent utterance. This ensures that the most relevant words and phrases will be searched first, thereby decreasing speech recognition times.

BRIEF DESCRIPTION OF THE DRAWINGS

The embodiments of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout and wherein:

FIG. 1 is a functional block diagram of an exemplary computer system embodiment;

FIG. 2 is an expanded functional block diagram of the CPU 102 and storage medium 108 of the computer system embodiment of FIG. 1;

FIGS. 3A–3D are a flowchart of a method embodiment of the present invention; and

FIG. 4 is a diagram of selected columns of an exemplary natural language processing (NLP) database embodiment of the present invention.

4

DETAILED-DESCRIPTION

The embodiments of the present invention will now be disclosed with reference to a functional block diagram of an exemplary computer system 100 of FIG. 1, constructed and operative in accordance with an embodiment of the present invention. In FIG. 1, computer system 100 includes a central processing unit (CPU) 102. The CPU 102 may be any general purpose microprocessor or microcontroller as is known in the art, appropriately programmed to perform the method embodiment described herein with reference to FIGS. 3A–3D. For example, CPU 102 may be a conventional microprocessor such as the Pentium II processor manufactured by Intel Corporation or the like.

CPU 102 communicates with a plurality of peripheral equipment, including a display 104, manual input 106, storage medium 108, microphone 110, speaker 112, and data input port 114. Display 104 may be a visual display such as a CRT, LCD screen, touch-sensitive screen, or other monitors as are known in the art for visually displaying images and text to a user. Manual input 106 may be a conventional keyboard, keypad, mouse, trackball, or other input device as is known in the art for the manual input of data. Storage medium 108 may be a conventional read/write memory such as a magnetic disk drive, floppy disk drive, CDROM drive, silicon memory or other memory device as is known in the art for storing and retrieving data. Significantly, storage medium 108 may be remotely located from CPU 102, and be connected to CPU 102 via a network such as a local area network (LAN), or a wide area network (WAN), or the Internet. Microphone 110 may be any suitable microphone as is known in the art for providing audio signals to CPU 102. Speaker 112 may be any suitable speaker as is known in the art for reproducing audio signals from CPU 102. It is understood that microphone 110 and speaker·112 may include appropriate digital-to-analog and analog-to-digital conversion circuitry as appropriate. Data input port 114 may be any data port as is known in the art for interfacing with an external accessory using a data protocol such as RS-232, Universal Serial Bus, or the like.

Thus, FIG. 1 illustrates the functional elements of a computer system 100. Each of the elements of computer system 100 may be suitable off-the-shelf components as described above. The present invention provides a method and system for interfacing with the computer system 100 using speech.

Turning now to FIG. 2, FIG. 2 illustrates an expanded functional block diagram of CPU 102 and storage medium 108 constructed and operative in accordance with an embodiment of the present invention. CPU 102 includes speech recognition processor 220, natural language processor 202 and application interface 220. Natural language processor 202 further includes variable replace 204, string formatter 206, word weighter 208, boolean tester 210, pronoun replacer 211, and search engine 213. Storage medium 108 includes a plurality of context-specific grammar files 212, general grammar file 214, dictation grammar 216, and natural language processor (NLP) database 218. In the preferred embodiment, the grammar files 212, 214, and 216 are Bakus-Naur Form (BNF) files which describe the structure of the language spoken by the user. BNF files are well-known in the art for describing the structure of language, and details of BNF files will therefore not be discussed herein. One advantage of BNF files is that hierarchical tree-like structures may be used to describe phrases or word sequences, without the need to explicitly recite all combinations of these word sequences. Thus, the use of BNF

EXHIBIT A
PAGE 14

US 6,499,013 B1

5

files in the preferred embodiment minimizes the physical sizes of the files 212, 214, and 216 in the storage medium 108, increasing the speed at which these files can be enabled and searched as described below. However, in alternate embodiments, other file structures are used.

The operation and interaction of these functional elements of FIG. 2 will be described with reference to the flowchart of FIGS. 3A–3D, constructed and operative in accordance with an embodiment of the present invention. In FIG. 3A, the flow begins at block 300 with the providing of an utterance to speech processor 200. An utterance is a series of sounds having a beginning and an end, and may include one or more spoken words. Microphone 110 which captures spoken words may perform the act of block 300. Alternately, the utterance may be provided to the speech processor 200 over data input port 114, or from storage medium 108. In one embodiment, the utterance is in a digital format such as the well-known ".wav" audio file format.

The flow proceeds to decision 302 where the speech processor 200 determines whether one of the context-specific grammars 212 has been enabled. In the preferred embodiment, the context-specific grammars 212 are BNF files which contain words and phrases which are related to a parent context. In general, a context is a subject area. For example, in one embodiment of the present invention applicable to personal computers, examples of contexts may be "news", or "weather", or "stocks". In such a case, the context-specific grammar 212 would each contain commands, control words, descriptors, qualifiers, or parameters that correspond to a different one of these contexts. The use of contexts provides a hierarchal structure for types of information. Contexts and their use will be described further below with reference to the NLP database 218.

If a context-specific grammar 212 has been enabled, the context-specific grammar 212 is searched for a match to the utterance provided at block 300. However, if a context-specific grammar 212 has not been enabled, the flow proceeds to block 308 where the general grammar 214 is enabled.

In one embodiment, the general grammar 214 is a BNF file which contains words and phrases which do not, themselves, belong to a parent context, but may have an associated context for which a context-specific grammar file 212 exists. In other words, the words and phrases in the general grammar 214 may be at the root of the hierarchical context structure. For example, in one embodiment applicable to personal computers, the general grammar 214 would contain commands and control phrases.

In block 310, the general grammar 214 is searched for a matching word or phrase for the utterance provided at block 300. If a match is not found, then the dictation grammar 216 is enabled. In one embodiment, the dictation grammar 216 is a BNF file that contains a list of words that do not, themselves, have either a parent context or an associated context. For example, in one embodiment applicable to a personal computer, the dictation grammar 216 contains a relatively large list of general words similar to a general dictionary.

In block 316 the dictation grammar is searched for matching words for each word of the utterance provided at block 300. If no matching words are found, a visual error message is optionally displayed at the display 104 or an audible error message is optionally reproduced through speaker 112, and the process ends until another utterance is provided to the speech processor 200 at block 300.

Thus, as can be seen from the above description, when an utterance is provided to the speech processor 200, the

6

enabled context-specific grammar 212, if any, is first searched. If there are no matches in the enabled context-specific grammar 212, then the general grammar 214 is enabled and searched. If there are no matches in the general grammar 214, then the dictation grammar 316 is enabled and searched.

In one embodiment, when the speech recognition processor 200 is searching either the context-specific grammar 212 or the general grammar 214, it is said to be in the "command and control" mode. In this mode, the speech recognition processor 200 compares the entire utterance as a whole to the entries in the grammar. By contrast, when the speech recognition processor 200 is searching the dictation grammar, it is said to be in the "dictation" mode. In this mode, the speech recognition processor 200 compares the utterance to the entries in the dictation grammar 216 one word at a time. It is expected that searching for a match for an entire utterance in the command and control mode will generally be faster than searching for one word at a time in dictation mode.

It is further expected that any individual context-specific grammar 212 will be smaller in size (i.e., fewer total words and phrases) than the general grammar 214, which in turn will be smaller in size than the dictation grammar 216. Thus, by searching any enabled context-specific grammar 212 first, it is likely that a match, if any, will be found more quickly, due at least in part to the smaller file size. Likewise, by searching the general grammar 214 before the dictation grammar 216, it is likely that a match, if any, will be found more quickly.

Additionally, as will be explained further below with regard to the ability of the embodiments to adaptively add to both the context-specific grammar 212 and the general grammar 214, they will contain the most common utterances. As such, it is expected that a match is more likely to be found quickly in the context-specific grammar 212 or the general grammar 214 than in the dictation grammar 216.

Finally, as will be explained further below, the words and phrases in the enabled context-specific grammar 212 are more likely to be uttered by the user because they are words that are highly relevant to the subject matter about which the user was most recently speaking. This also allows the user to speak in a more conversational style, using sentence fragments, with the meaning of his words being interpreted according to the enabled context-specific grammar 212.

By searching in the above-described sequence, the present invention may search more efficiently than if the searching were to occur one entry at a time in a single, large list of all expected words and phrases.

Referring back to decision 306, if a match is found in the context-specific grammar 212, then there are three possible next steps shown in FIG. 3A. For each matching entry in the enabled context-specific grammar 212, there may be an associated action to be taken by the speech recognition processor 200. Block 322 shows that one action may be to direct application interface 220 to take some action with respect to a separate software application or entity. For example, application interface 220 may use the Speech Application Programming Interface (SAPI) standard by Microsoft to communicate with an external application. The external application may be directed, for example, to access a particular Internet web site URL or to speak a particular phrase by converting text to speech. Other actions may be taken as will be discussed further below with reference to the NLP database 218 of FIG. 4.

Block 324 shows that another action may be to access a row in the natural language processing (NLP) database 218

EXHIBIT A
PAGE 15

US 6,499,013 B1

7

directly, thereby bypassing the natural language processing steps described further below. Block 326 shows that another action may be to prepend a word or phrase for the enabled context to the matching word or phrase found in the context-specific grammar 306. For example, if the enabled words were "movies" and the matching utterance were "8 o'clock", the word "movies" would be prepended to the phrase "8 o'clock" to form the phrase "movies at 8 o'clock".

Likewise, if a match is found in the general grammar 214, then the flow may proceed to block 322 where the application interface 220 is directed to take an action as described above, or to block 324 where a row in the NLP database is directly accessed. However, if a match is found in the general grammar 214, no prepending of a context occurs because, as stated above, the entries in the general grammar 214 do not, themselves, have a parent context.

Finally, with reference to FIG. 3A, words may be entered manually via manual input 106. In this case, no speech recognition is required, and yet natural language processing of the entered words is still desired. Thus, the flow proceeds to FIG. 3B.

In FIG. 3B, at block 328, the natural language processor 202 formats the phrase for natural language processing analysis. This formatting is accomplished by string formatter 206 and may include such text processing as removing duplicate spaces between words, making all letters lower case (or upper case), expanding contractions (e.g., changing "it's" to "it is"), and the like. The purpose of this formatting step is to prepare the phrase for parsing.

The flow continues to block 330 where certain "word-variables" are replaced with an associated wildcard function by variable replacer 204 in preparation for accessing the NLP database 218. As used herein, the term "word-variables" refers to words or phrases that represent amounts, dates, times, currencies, and the like. For example, in one embodiment the phrase "what movies are playing at 8 o'clock" would be transformed at block 330 to "what movies are playing at $time" where "$time" is a wildcard function used to represent any time value. As another example, in one embodiment the phrase "sell IBM stock at 100 dollars" would be transformed at block 330 to "sell IBM stock at $dollars" where "$dollars" is a wildcard function used to represent any dollar value. This act may be accomplished by a simple loop that searches the phrase for key tokens such as the words "dollar" or "o'clock" and replaces the word-variables with a specified wildcard function. In order to keep track of the location in the phrase where the substitution was made, an array may be used. This allows re-substitution of the original word-variable back into the phrase at the some position after the NLP database 218 has been searched.

The replacing of word-variables with an associated wildcard function at block 330 reduces the number of entries that must be present in the NLP database 218. For example, the NLP database 218 would only contain the phrase "what movies are playing at $time" rather than a separate entry for 8 o'clock, 9 o'clock, 10 o'clock, and so on. The NLP database 218 will be described further below.

At block 332, pronouns in the phrase are replaced with proper names by pronoun replacer 211. For example, in one embodiment the pronouns "I", "my" or "mine" would be replaced with the speaker's name. This allows user-specific facts to be stored and accessed in the NLP database 218. For example, the sentence "who are my children" would be transformed into "who are Dean's children" where "Dean" is the speaker's proper name. Again, this act may be per-

8

formed in a simple loop that searches the phrase for pronouns, and replaces the pronouns found with an appropriate proper name. In order to keep track of the locations in the phrase where a substitution was made, an array may be used.

In block 334, the individual words in the phrase are weighted according to their relative "importance" or "significance" to the overall meaning of the phrase by word weighter 208. For example, in one embodiment there are three weighting factors assigned. The lowest weighting factor is assigned to words such as "a", "an", "the" and other articles. The highest weighting factor is given to words that are likely to have a significant relation to the meaning of the phrase. For example, these may include all verbs, nouns, adjectives, and proper names in the NLP database 218. A medium weighting factor is given to all other words in the phrase. This allows more powerful searching of the NLP database 218.

An example of selected columns of the NLP database 218 of one embodiment is shown in FIG. 4. The NLP database 218 comprises a plurality of columns 400–410, and a plurality of rows 412A–412N. In column 400, the entries represent phrases that are "known" to the NLP database. In column 402, a number of required words for each entry in column 400 is shown. In column 404, an associated context or subcontext for each entry in column 400 is shown. In columns 408 and 410, one or more associated actions are shown for each entry in column 400. It should be noted that the NLP database 218 shown in FIG. 4 is merely a simplified example for the purpose of teaching the present invention. Other embodiments may have more or fewer columns with different entries.

Referring back to FIG. 3B, at block 336, the NLP database 218 is searched for possible matches to the phrase, based on whether the entry in column 400 of the NLP database 218 contains any of the words in the phrase (or their synonyms), and the relative weights of those words. At block 338, a confidence value is generated for each of the possible matching entries based on the number of occurrences of each of the words in the phrase and their relative weights. Weighted word searching of a database is well known in the art and may be performed by commercially-available search engines such as the product "dtsearch" by DT Software, Inc. of Arlington, Va. Likewise, searching using synonyms is well known in the art and may be accomplished using such publicly-available tools such as "WordNet", developed by the Cognitive Science Laboratory of Princeton University in Princeton, N.J. The search engine may be an integral part of the natural language processor 202.

At decision 340, the natural language processor 202 determines whether any of the possible matching entries has a confidence value greater than or equal to some predetermined minimum threshold, T. The threshold T represents the lowest acceptable confidence value for which a decision can be made as to whether the phrase matched any of the entries in the NLP database 218. If there is no possible matching entry with a confidence value greater than or equal to T, then the flow proceeds to block 342 where an optional error message is either visually displayed to the user over display 104 or audibly reproduced over speaker 112. In one embodiment, the type of error message, if any, displayed to the user may depend on how many "hits" (i.e., how many matching words from the phrase) were found in the highest-confidence NLP database entry. A different type of error message would be generated if there was zero or one hits, than if there were two or more hits.

If, however, there is at least one entry in the NLP database 218 for which a confidence value greater than or equal to T

US 6,499,013 B1

9

exists, then the flow proceeds to block 344 where the "noise" words are discarded from the phrase. The "noise" words include words which do not contribute significantly to the overall meaning of the phrase relative to the other words in the phrase. These may include articles, pronouns, conjunctions, and words of a similar nature. "Non-noise" words would include words which contribute significantly to the overall meaning of the phrase. "Non-noise" words would include verbs, nouns, adjectives, proper names, and words of a similar nature.

The flow proceeds to FIG. 3C where the non-noise word requirement is retrieved from column 402 of the NLP database 218 for the highest-confidence matching entry at block 346. For example, if the highest-confidence matching phrase was the entry in row 412A, (e.g., "what movies are playing at $time"), then the number of required non-noise words is 3.

At decision 348, a test is made to determine whether the number of required non-noise words from the phrase is actually present in the highest-confidence entry retrieved from the NLP database 218. This test is a verification of the accuracy of the relevance-style search performed at block 336, it being understood that an entry may generate a confidence value higher than the minimum threshold, T, without being an acceptable match for the phrase.

The nature of the test performed at decision 348 is a boolean "AND" test performed by boolean tester 210. The test determines whether each one of the non-noise words in the phrase (or its synonym) is actually present in the highest-confidence entry. If there are a sufficient number of required words actually present in the highest-confidence entry, then the flow proceeds to block 350, where the natural language processor 202 directs application interface 220 to take an associated action from column 408 or 410. It is understood that additional action columns may also be present.

For example, if the highest confidence entry was the entry in row 412A, and the boolean test of decision 348 determined that there actually were 3 non-noise words from the phrase in the entry. in column 400, then the associated action in column 408 (e.g., access movie web site) would be taken. Other entries in the NLP database have other associated actions. For example, if the highest-confidence entry is that in row 412E (e.g., "what time is it"), the associated action may be for natural language processor 202 to direct a text-to-speech application (not shown) to speak the present time to the user through the speaker 112. As another example, if the highest-confidence entry is that in row 412N (e.g., "show me the news"), the first associated action may be to access a predetermined news web site on the Internet, and a second associated action may be to direct an image display application (not shown) to display images associated with the news. Different or additional actions may also be performed.

Also, if the highest-confidence entry contains the required number of non-noise words from the phrase as determined at decision 348, the natural language processor 202 instructs the speech recognition processor 200 to enable the context-specific grammar 212 for the associated context of column 404. Thus, for row 412A, context-specific grammar 212 for the context "movies" would be enabled. Thus, when the next utterance is provided to the speech recognition processor 200 in block 300 of FIG. 3A, it would search the enabled context-specific grammar 212 for "movies" before searching the general grammar 214. As previously stated, enabling the appropriate context-specific grammar 212 greatly increases

10

the likelihood of fast, successful speech recognition, and enhances the user's ability to communicate with the computer in a conversational style.

If, however, back at decision 348, the required number of non-noise words from the phrase is not actually present in the highest-confidence entry retrieved from the NLP database 218, then the flow proceeds to block 354 where the user is prompted over display 104 or speaker 112 whether the highest-confidence entry was meant. For example, if the user uttered "How much is IBM stock selling for today", the highest-confidence entry in the NLP database 218 may be the entry in row 412B. In this case, although the relevance factor may be high, the number of required words (or their synonyms) may not be sufficient. Thus, the user would be prompted at block 354 whether he meant "what is the price of IBM stock on Aug. 28, 1998".

The user may respond either affirmatively or negatively. If it is determined at decision 356 that the user has responded affirmatively, then the action(s) associated with the highest-confidence entry are taken at block 350, and the associated context-specific grammar 212 enabled at block 352.

If, however, it is determined at decision 356 that the user has responded negatively, then the flow proceeds to FIG. 3D where the associated context from column 404 of NLP database 218 is retrieved for the highest-confidence entry, and the user is prompted for information using a context-based interactive dialog at block 360. For example, if the user uttered "what is the price of XICOR stock today", and the highest confidence entry from the NLP database 218 was row 412B (e.g., "what is the price of IBM stock on $date), then the user would be prompted at block 354 whether that was what he meant.

If the user responds negatively, then the context "stock" is retrieved from column 404 at block 358, and the context-based interactive dialog for the stock context is presented to the user over the display 104 and speaker 112. Such a context-based interactive dialog may entail prompting the user for the name and stock ticker symbol of XICOR stock. The user may respond by speaking the required information. A different context-based interactive dialog may be used for each of the possible contexts. For example, the "weather" context-based interactive dialog may entail prompting the user for the name of the location (e.g., the city) about which weather information is desired. Also, the "news" context-based interactive dialog may entail prompting the user for types of articles, news source, Internet URL for the news site, or other related information.

Upon completion of the context-based interactive dialog, the NLP database 218, general grammar 214, and context-specific grammar 212 are updated to include the new information. In this way, the next time the user asks for that information, a proper match will be found, and the appropriate action taken without prompting the user for more information. Thus, the present invention adaptively "learns" to recognize phrases uttered by the user.

In one embodiment of the present invention, one or more of the NLP database 218, context specific grammar 212, general grammar 214, and dictation grammar 216 also contain time-stamp values (not shown) associated with each entry. Each time a matching entry is used, the time-stamp value associated with that entry is updated. At periodic intervals, or when initiated by the user, the entries that have a time-stamp value before a certain date and time are removed from their respective databases/grammars. In this way, the databases/grammars may be kept to an efficient size by "purging" old or out-of-date entries. This also assists in avoiding false matches.

EXHIBIT A
PAGE 17

US 6,499,013 B1

11

In summary, the embodiments of the present invention provide a method and system for an interactive user-interface for a computer. By the use of context-specific grammars, the embodiments decrease speech recognition time and increase the user's ability to communicate with the computer in a conversational style. Furthermore, by the use of adaptive updating of the various grammars and the NLP database, the embodiments further increase interactive efficiency.

The previous description of the embodiments is provided to enable any person skilled in the art to make or use the present invention. The various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without the use of inventive faculty. Thus, the present invention is not intended to be limited to the embodiments shown herein, but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

I claim:

1. A method of interacting with a computer using utterances, the method comprising the steps of:

   searching a first grammar file for a matching phrase for said utterance;

   searching a second grammar file for said matching phrase if said matching phrase is not found in said first grammar file;

   searching a natural language database for a matching entry for said matching phrase; and

   performing an action associated with said matching entry if said matching entry is found in said database.

2. The method of claim 1 further comprising the step of updating at least one of said database, said first grammar file and said second grammar file with said matching phrase if said matching entry is not found in said database.

3. The method of claim 2 wherein said first grammar file is a context-specific grammar file.

4. The method of claim 3 wherein said second grammar file is a general grammar file.

5. The method of claim 4 further including the step of searching a dictation grammar for said matching phrase if said matching phrase is not found in said general grammar file.

6. The method of claim 2 further comprising the step of searching a context-specific grammar associated with said matching entry for a subsequent matching phrase for a subsequent utterance.

7. The method of claim 1 further comprising the step of replacing at least one word in said matching phrase prior to said step of searching said database.

8. The method of claim 7 wherein said step of replacing said at least one word comprises substituting a wildcard for said at least one word.

9. The method of claim 7 wherein said step of replacing said at least one word comprises substituting a proper name for said at least one word.

10. The method of claim 1 further comprising the step of text formatting said matching phrase prior to said step of searching said database.

11. The method of claim 1 further comprising the step of weighting individual words in said matching phrase according to a relative significance of said individual words prior to said step of searching said database.

12. The method of claim 1 further comprising the step of generating a confidence values for said matching entry.

13. The method of claim 12 further comprising the step of comparing said confidence value with a threshold value.

12

14. The method of claim 13 further comprising the step of determining whether a required number of words from said matching phrase are present in said matching entry.

15. The method of claim 14 further comprising the step of prompting a user whether said matching entry is a correct interpretation of said utterance if said required number of words from said matching phrase are not present in said matching entry.

16. The method of claim 15 further comprising the step of prompting a user for additional information if said matching entry is not a correct interpretation of said utterance.

17. The method of claim 16 further comprising the step of updating at least one of said database, said first grammar file and said second grammar file with said additional information.

18. A system for interacting with a computer using utterances, the system comprising:

   a speech processor for searching a first grammar file for a matching phrase for said utterance, and for searching a second grammar file for said matching phrase if said matching phrase is not found in said first grammar file;

   a natural language processor for searching a database for a matching entry for said matching phrase; and

   an application interface for performing an action associated with said matching entry if said matching entry is found in said database.

19. The system of claim 18 wherein said natural language processor updates at least one of said database, said first grammar file and said second grammar file with said matching phrase if said matching entry is not found in said database.

20. The system of claim 19 wherein said first grammar file is a context-specific grammar file.

21. The system of claim 20 wherein said second grammar file is a general grammar file.

22. The system of claim 21 wherein said speech processor searches a dictation grammar for said matching phrase if said matching phrase is not found in said general grammar file.

23. The system of claim 19 wherein said speech processor searches a context-specific grammar associated with said matching entry for a subsequent matching phrase for a subsequent utterance.

24. The system of claim 18 wherein said natural language processor replaces at least one word in said matching phrase prior to searching said database.

25. The system of claim 24 further comprising a variable replacer in said natural language processor for substituting a wildcard for said at least one word in said matching phrase.

26. The system of claim 24 further comprising a pronoun substituter in said natural language processor for substituting a proper name for said at least one word in said matching phrase.

27. The system of claim 18 further comprising a string formatter for text formatting said matching phrase prior to searching said database.

28. The system of claim 18 further comprising a word weighter for weighting individual words in said matching phrase according to a relative significance of said individual words prior to searching said database.

29. The system of claim 18 further comprising a search engine in said natural language processor for generating a confidence value for said matching entry.

30. The system of claim 29 wherein said natural language processor compares said confidence value with a threshold value.

31. The system of claim 30 further comprising a boolean tester for determining whether a required number of words from said matching phrase are present in said matching entry.

US 6,499,013 B1

13

**32.** The system of claim 31 wherein said natural language processor prompts a user whether said matching entry is a correct interpretation of said utterance if said required number of words from said matching phrase are not present in said matching entry.

**33.** The system of claim 31 wherein said natural language processor prompts a user for additional information if said matching entry is not a correct interpretation of said utterance.

**34.** The system of claim 33 wherein said natural language processor updates at least one of said database, said first grammar file and said second grammar file with said additional information.

**35.** A computer-readable medium encoded with data and instructions, the data and instructions causing an apparatus executing the instructions to:

search a first grammar file for a matching phrase for said utterance;

search a second grammar file for said matching phrase if said matching phrase is not found in said first grammar file;

search a natural language database for a matching entry for said matching phrase; and

perform an action associated with said matching entry if said matching entry is found in said database.

**36.** The computer-readable medium of claim 35 further comprising instructions to:

update at least one of said database, said first grammar file and said second grammar file with said matching phrase if said matching entry is not found in said database.

**37.** The computer-readable medium of claim 36 wherein said first grammar file is a context-specific grammar file.

**38.** The computer-readable medium of claim 37 wherein said second grammar file is a general grammar file.

**39.** The computer-readable medium of claim 38 further including instructions to:

search a dictation grammar for said matching phrase if said matching phrase is not found in said general grammar file.

**40.** The computer-readable medium of claim 36 further comprising instructions to:

search a context-specific grammar associated with said matching entry for a subsequent matching phrase for a subsequent utterance.

**41.** The computer-readable medium of claim 35 further comprising instructions to:

replace at least one word in said matching phrase prior to searching said database.

**42.** The computer-readable medium of claim 41 wherein said replacing said at least one word comprises substituting a wildcard for said at least one word.

**43.** The computer-readable medium of claim 41 wherein said replacing said at least one word comprises substituting a proper name for said at least one word.

**44.** The computer-readable medium of claim 35 further comprising instructions to:

text format said matching phrase prior to said searching said database.

14

**45.** The computer-readable medium of claim 35 further comprising instructions to:

weigh individual words in said matching phrase according to a relative significance of said individual words prior to searching said database.

**46.** The computer-readable medium of claim 35 further comprising instructions to:

generate a confidence values for said matching entry.

**47.** The computer-readable medium of claim 45 further comprising instructions to:

compare said confidence value with a threshold value.

**48.** The computer-readable medium of claim 47 further comprising instructions to:

determine whether a required number of words from said matching phrase are present in said matching entry.

**49.** The computer-readable medium of claim 48 further comprising instructions to:

prompt a user whether said matching entry is a correct interpretation of said utterance if said required number of words from said matching phrase are not present in said matching entry.

**50.** The computer-readable medium of claim 49 further comprising instructions to:

prompt a user for additional information if said matching entry is not a correct interpretation of said utterance.

**51.** The computer-readable medium of claim 50 further comprising instructions to:

update at least one of said database, said first grammar file and said second grammar file with said additional information.

**52.** A natural language processing apparatus comprising:

means for searching a first grammar file for a matching phrase for an utterance;

means for searching a second grammar file for said matching phrase if said matching phrase is not found in said first grammar file;

means for searching a natural language database for a matching entry for said matching phrase; and

means for performing an action associated with said matching entry if said matching entry is found in said database.

**53.** The apparatus of claim 52 further comprising:

means for updating at least one of said database, said first grammar file and said second grammar file with said matching phrase if said matching entry is not found in said database.

**54.** The apparatus of claim 53 wherein said first grammar file is a context-specific grammar file.

**55.** The apparatus of claim 54 wherein said second grammar file is a general grammar file.

**56.** The apparatus of claim 55 further comprising:

means for searching a dictation grammar for said matching phrase if said matching phrase is not found in said general grammar file.

**57.** The apparatus of claim 52 further comprising:

means for replacing at least one word in said matching phrase prior to searching said database.

* * * * *

AO 120 (5/85)

| TO: | REPORT ON THE |
|---|---|
| **Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>03cv932-W(RBB) | DATE FILED<br>05/09/2003 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>One Voice Technologies, Inc. | | DEFENDANT<br><br>Voicebox Technologies Inc. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1  6,499,013 | 12/24/2002 | Dean Weber |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

FILED

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

03 MAY -9 AM 11:18

**I. (a) PLAINTIFFS**

ONE VOICE TECHNOLOGIES, INC.

**DEFENDANTS**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VOICEBOX TECHNOLOGIES, INC.

(b) County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

BY: _____

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Pillsbury Winthrop LLP   619.234.5000
Daniel C. Minteer #062158
James Y.C. Sze  #203274
101 West Broadway, Suite 1800, San Diego,
CA 92101

Attorneys (If Known)

**'03 CV  0932 W' RBB**

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

G 1 U.S. Government
Plaintiff

G XX Federal Question
(U.S. Government Not a Party)

G 2 U.S. Government
Defendant

G 4 Diversity
(Indicate Citizenship of Parties
in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | G 1 | G 1 | Incorporated or Principal Place of Business In This State | G 4 | G 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business In Another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| G 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane | G 362 Personal Injury— | G 620 Other Food & Drug | | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product | Med. Malpractice | G 625 Drug Related Seizure | G 423 Withdrawal | G 430 Banks and Banking |
| G 140 Negotiable Instrument | Liability | G 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | G 450 Commerce/ICC Rates/etc. |
| G 150 Recovery of Overpayment | G 320 Assault, Libel & | Product Liability | G 630 Liquor Laws | | G 460 Deportation |
| & Enforcement of Judgment | Slander | G 368 Asbestos Personal | G 640 R.R. & Truck | **PROPERTY RIGHTS** | G 470 Racketeer Influenced and |
| G 151 Medicare Act | G 330 Federal Employers' | Injury Product | G 650 Airline Regs. | G 820 Copyrights | Corrupt Organizations |
| G 152 Recovery of Defaulted | Liability | Liability | G 660 Occupational | G 830 Patent | G 810 Selective Service |
| Student Loans | G 340 Marine | **PERSONAL PROPERTY** | Safety/Health | G 840 Trademark | G 850 Securities/Commodities/ |
| (Excl. Veterans) | G 345 Marine Product | G 370 Other Fraud | G 690 Other | | Exchange |
| G 153 Recovery of Overpayment | Liability | G 371 Truth in Lending | | **SOCIAL SECURITY** | G 875 Customer Challenge |
| of Veteran's Benefits | G 350 Motor Vehicle | G 380 Other Personal | **LABOR** | G 861 HIA (1395ff) | 12 USC 3410 |
| G 160 Stockholders' Suits | G 355 Motor Vehicle | Property Damage | G 710 Fair Labor Standards | G 862 Black Lung (923) | G 891 Agricultural Acts |
| G 190 Other Contract | Product Liability | G 385 Property Damage | Act | G 863 DIWC/DIWW (405(g)) | G 892 Economic Stabilization Act |
| G 195 Contract Product Liability | G 360 Other Personal Injury | Product Liability | G 720 Labor/Mgmt. Relations | G 864 SSID Title XVI | G 893 Environmental Matters |
| | | | | G 865 RSI (405(g)) | G 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | G 730 Labor/Mgmt.Reporting | | G 895 Freedom of |
| G 210 Land Condemnation | G 441 Voting | G 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | Information Act |
| G 220 Foreclosure | G 442 Employment | Sentence | G 740 Railway Labor Act | G 870 Taxes (U.S. Plaintiff | G 900 Appeal of Fee Determination |
| G 230 Rent Lease & Ejectment | G 443 Housing/ | Habeas Corpus: | | or Defendant) | Under Equal Access to |
| G 240 Torts to Land | Accommodations | G 530 General | G 790 Other Labor Litigation | G 871 IRS—Third Party | Justice |
| G 245 Tort Product Liability | G 444 Welfare | G 535 Death Penalty | | 26 USC 7609 | G 950 Constitutionality of |
| G 290 All Other Real Property | G 440 Other Civil Rights | G 540 Mandamus & Other | G 791 Empl. Ret. Inc. | | State Statutes |
| | | G 550 Civil Rights | Security Act | | G 890 Other Statutory Actions |
| | | G 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

G XX Original
Proceeding

G 2 Removed from
State Court

G 3 Remanded from
Appellate Court

G 4 Reinstated or
Reopened

G 5 Transferred from
another district
(specify)

G 6 Multidistrict
Litigation

G 7 Appeal to
District
Judge from
Magistrate
Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Patent Infringement, 35 USC 271

**VII. REQUESTED IN
COMPLAINT:**

G CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   X Yes   G No

**VIII. RELATED CASE(S)
IF ANY**

(See
instructions):

JUDGE _____

DOCKET
NUMBER _____

DATE
May 8 , 2003.

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 93817   AMOUNT $150   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CB  05/09/03

2002 © American LegalNet, Inc.